IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00085-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2.  SHONE DANIELLE HARRIS,**

    Defendant.

---

## ORDER TO SET MOTION HEARING

---

This matter is before the Court on Defendant Harris' counsel's Application for Compensation (Dkt. # 60).  It is ORDERED that a hearing concerning the issues set forth in said application has been SET for **Monday, August 28, 2006 at 4:45 p.m.**

    DATED: August 4, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*
                                        _____
                                        Phillip S. Figa
                                        United States District Judge