IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00085-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2.  SHONE DANIELLE HARRIS,**

    Defendant.

---

### ORDER TO VACATE MOTION HEARING

---

In light of Defendant Harris' counsel's telephone call to a member of Chamber's staff at approximately 8:45 a.m. on August 28, 2006, requesting that the motion hearing set by Court order (Dkt. # 61) be reset due to counsel's illness, the Court hereby ORDERS that said hearing set for August 28, 2006 at 4:45 p.m. is VACATED.  Counsel Lisa Wayne is DIRECTED to contact Chambers (303-335-2174) no later than **Friday, September 1, 2006** to reset the hearing on counsel's Application for Compensation (Dkt. # 60).

    DATED: August 28, 2006

                                                BY THE COURT:

                                               *s/ Phillip S. Figa*

                                               _____
                                               Phillip S. Figa
                                               United States District Judge