IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00085-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2.  SHONE DANIELLE HARRIS,**

    Defendant.

---

## ORDER TO RESET MOTION HEARING

---

    It is ORDERED that the hearing concerning the issues set forth in Defendant Harris' counsel's Application for Compensation (Dkt. # 60) has been RESET for **Thursday, September 14, 2006 at 9:00 a.m.**

    DATED:  September 6, 2006

                                    BY THE COURT:

                                    *s/ Phillip S. Figa*
                                    _____
                                    Phillip S. Figa
                                    United States District Judge